# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*., | Adv. Proc. No. 21-50237 (KBO) |
| Plaintiff, | **Ref. Adv. Docket Nos. 4 and ____** |
| vs. | |
| CONTRACTORS STEEL COMPANY, | |
| Defendant. | |

### ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of the *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50237 (KBO) |
| Plaintiff, | |
| vs. | |
| CONTRACTORS STEEL COMPANY, | |
| Defendant. | |

**SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT**
**TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD

Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the

"**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States

Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant

Contractors Steel Company (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter

into this *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or*

*Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as

follows:

1.     The Parties agree and stipulate that the time within which the Defendant may

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned

adversary proceeding is hereby extended to and including June 2, 2021.

2.      Except as specifically set forth herein, all rights, claims and defenses of the

Parties are fully preserved.

Dated:  May 3, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Peter J. Keane*
                                       Bradford J. Sandler (DE Bar No. 4142)
                                       Andrew W. Caine (CA Bar No. 110345)
                                       Peter J. Keane (DE Bar No. 5503)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, Delaware 19899-8705 (Courier 19801)
                                       Telephone: (302) 652-4100
                                       Facsimile:  (302) 652-4400
                                       Email:    bsandler@pszjlaw.com
                                                 acaine@pszjlaw.com
                                                 pkeane@pszjlaw.com

                                       *Counsel to Plaintiff*

                                       and

                                       JENNER & BLOCK LLP

                                       */s/ Angela M. Allen*
                                       Angela M. Allen
                                       353 N. Clark Street
                                       Chicago, IL 60654
                                       Tel: 312 840 7218
                                       Fax: 312 840 7318
                                       Email: AAllen@jenner.com

                                       *Counsel to Defendant*