# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>     Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>     Plaintiff,<br><br>vs.<br><br>CONTRACTORS STEEL COMPANY,<br><br>     Defendant. | Adv. Proc. No. 21-50237 (KBO)<br><br>**Ref. Adv. Docket Nos. 4 and 5** |

## ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of the *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

  1.  The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

  2.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: May 4th, 2021**
**Wilmington, Delaware**

                             **KAREN B. OWENS**
                             **UNITED STATES BANKRUPTCY JUDGE**